UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSERVATION LAW FOUNDATION, INC.

Plaintiff,

v.

A.  GRAZIANO, INC.

Defendant.

Case No. 1:16-cv-12350-MBB

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Now comes Plaintiff CLF, and hereby provides notice of its dismissal of the above-captioned action, without prejudice, before the opposing party has served either an answer or a motion for summary judgment. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), no court order is required to effect the dismissal of this action.

Respectfully submitted on this 17th day of May, 2017.

CONSERVATION LAW
FOUNDATION, INC.

By its attorney:

/s/ Zachary K. Griefen
Zachary K. Griefen, BBO# 665521
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
(802) 223-5992 x4011
zgriefen@clf.org

1

**CERTIFICATE OF SERVICE**

I hereby certify that the forgoing Notice of Dismissal, filed today through the ECF system, will be sent electronically today to the registered participants as identified on the Notice of Electronic Filing. Copies of the as-filed documents will sent to any non-registered participants today.

/s/ Zachary K. Griefen
Zachary K. Griefen, BBO# 665521

Dated: May 17, 2017